UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **BERNADETTE SCOTT,** | : |
| | : Case No. 3:22-cv-1770 |
| **Plaintiff,** | : |
| | : MAGISTRATE JUDGE DARRELL A. CLAY |
| v. | : |
| | : Joint Stipulation of Dismissal |
| **ONE PERKINS PLACE, LTD** | : |
| | : |
| **Defendant.** | : |
| | : |
| | : |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Bernadette Scott and Defendant One Perkins Place, Ltd. submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 4th day of March 2023

*/s/ Pete M. Monismith*                                              */s/ James W. Murray*

| | |
|---|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | James W. Murray<br>Thomas J. Murray & Associates LLC<br>358 N. Main Street<br>Huron, OH  44839<br>Ph.  (419) 616-0099<br>Fax:  (419) 508-0088<br>Jim@ThomasJMurrayLaw.com<br>**Attorney for Defendant** |

**IT IS SO ORDERED.**
_____  March 6, 2023
**DARRELL A. CLAY**
**UNITED STATES MAGISTRATE JUDGE**